Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV - 9 2022

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL JOE GIBSON<br><br>Defendant. | 1:22-CR-2108-MKD<br>INDICTMENT<br><br>Vios: 18 U.S.C. §§ 113(a)(2), 1153<br>Assault with Intent to Commit Murder<br>(Count 1)<br><br>18 U.S.C. § 924(c)(1)(A)(iii)<br>Discharge of a Firearm During a Crime of Violence<br>(Count 2)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Firearm<br>(Count 3)<br><br>18 U.S.C. §§ 13, 1152, WASH. REV. CODE 46.61.024<br>Attempting to Elude Police Vehicle (via Assimilative Crimes Act)<br>(Count 4)<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

COUNT 1

On or about July 18, 2022, in the Eastern District of Washington, within the boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, GABRIEL JOE GIBSON, an Indian, did knowingly assault A.S., with intent to commit murder by shooting at him with a firearm, in violation of 18 U.S.C. §§ 113(a)(2) and 1153.

COUNT 2

On or about July 18, 2022, in the Eastern District of Washington, the Defendant, GABRIEL JOE GIBSON, did knowingly use, carry, brandish, and discharge a firearm during and in relation to a crime of violence for which the Defendant may be prosecuted in a court of the United States, to wit: Assault with Intent to Commit Murder, as charged in Count 1 of this Indictment, in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT 3

On or about July 18, 2022, in the Eastern District of Washington, the Defendant, GABRIEL JOE GIBSON, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a H&R model 930, .22 LR caliber revolver bearing serial number AT083071, which firearm had

INDICTMENT – 2

theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## COUNT 4

On or about July 18, 2022, in the Eastern District of Washington, within the boundaries of the Yakama Nation Indian Reservation, in Indian Country, the Defendant, GABRIEL JOE GIBSON, an Indian, did unlawfully and willfully fail or refuse to immediately bring his vehicle to a stop and drive his vehicle in a reckless manner while attempting to elude a pursuing police vehicle, after bring given a visual or audible signal to bring his vehicle to a stop by a uniformed officer in a vehicle equipped with lights and sirens, all in violation of WASH. REV. CODE § 46.61.024, as assimilated by the Assimilated Crimes Act, 18 U.S.C. 13, 1152.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A)(iii) and/or 18 U.S.C. §§ 922(a)(1), 924(a)(8), as set forth in this Indictment, the Defendant, GABRIEL JOE GIBSON, shall forfeit to the United States of America, any firearm or ammunition involved or used in the commission of the offenses, including, but not limited to:

INDICTMENT – 3

a H&R model 930, .22 LR caliber revolver bearing serial number AT083071 and loaded ammunition.

DATED this ⟍8⟍ day of November 2022.

A TRUE BILL



Vanessa R. Waldref
United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 4